# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH G. AULISIO, | : | |
| Plaintiff | : | |
| v. | : | No.: 4:14-CV-196 |
| ANN CHIAMPI, ET AL., | : | (Judge Brann) |
| Defendants | : | |

## ORDER

**AND NOW**, this 21st day of September 2017, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendants' motion for summary judgment (Doc. 69) is **GRANTED**.

2. Plaintiff's third motion for recusal (Doc. 85) is **DENIED**.

3. The Clerk of Court is directed to **CLOSE** the case.

4. Any appeal from this Order will be deemed frivolous, without probable cause and not taken in good faith.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge